UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORRIN WOODWARD and
CHRIS BRADY,

       Plaintiffs,                              Case No. 13-cv-11943
                                                Honorable Gerald E. Rosen
vs                                                Magistrate Mona Majzoub

EVGENIY CHETVERTAKOV, GLOBAL
GURUS, INC., and JOHN DOE.

       Defendants.

**ORDER ALLOWING SUBSTITUTED SERVICE AND
PRE-DISCOVERY CONFERENCE DISCOVERY**

This matter is before the Court upon the filing of Plaintiffs Orrin Woodward's and Chris Brady's Motion for Substituted Service and for Leave to Take Discovery Through Service of Subpoena (Doc. # 6). The Court has reviewed the motion, brief and supporting exhibits and is familiar with the factual and legal basis for the requests.

Therefore, IT IS HEREBY ORDERED:

(1) that the Motion for Substituted Service and for Leave to Take Discovery Through Service of Subpoena is granted;

(2) that the means of service requested by Plaintiffs are not prohibited by international agreement and are reasonably calculated to give Defendants notice of this proceeding and an opportunity to be heard;

(3) that Plaintiffs may serve the summons, complaint and a copy of this Order upon Defendants Evgeniy Chetvertakov ("Chetvertakov") and Global Gurus, Inc. ("Global Gurus") using the email address listed in Chetvertakov's domain registration information for the Global

Gurus Leadership Gurus website, which is, and via a "message" to the Global Gurus Facebook page at https://www.facebook.com/GlobalGurus;

(4) that service upon Defendants Chetvertakov and Global Gurus will be deemed complete upon the filing by Plaintiffs of a return of service indicating that the email and Facebook message described in Paragraph (3) above have been sent;

(5) that unless and until a Defendant appears, absent further order of this Court, copies of all papers in this matter may be served upon Chetvertakov and Global Gurus in the manner permitted by Paragraph (3) of this Order; and

(6) that Plaintiffs may take discovery in advance of the Rule 26(f) discovery conference by serving subpoenas upon the Leadership Gurus website hosts, AN Hosting and its affiliated entities, Hosting Services, Inc. and UK2 Group and upon the domain name registrar, NameSilo, LLC, to obtain personal contact and address information for Chetvertakov and Global Gurus and to determine the identity of, and personal contact and address information for, the John Doe defendant, consistent with Exhibit M to Plaintiffs' motion (Doc. #6-14).

IT IS SO ORDERED.

Dated: August 7, 2013

s/Gerald E. Rosen
GERALD E. ROSEN
CHIEF, U.S. DISTRICT COURT

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 7, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, 313-234-5135

{35574/2/DT779440.DOCX;1}